# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY HOEFER,<br><br>          Plaintiff,<br><br>     v.<br><br>APPLE WASHINGTON LLC and<br>GATEWAY EVERGREEN INC.,<br><br>          Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C17-1369RAJ |

\_\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

     For the reasons set forth in the Court's order of December 27, 2018, Judgment is entered in favor of Cross-Defendant Apple Washington LLC against Cross-Claimant Gateway Evergreen, Inc.

     DATED this 3rd day of January, 2019.

                                                WILLIAM M. McCOOL,
                                                Clerk of the Court

                       By:   _/s/ Victoria Ericksen_
                                 Deputy Clerk